

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-3-2007

# Opdycke v. Stout

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-1000

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Opdycke v. Stout" (2007). *2007 Decisions.* Paper 1140.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1140

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1000

CATHERINE OPDYCKE,

Appellant

v.

EDWARD J. STOUT, JR., Police Officer;
HADDON STEIN, Sergeant; JAMES L. FERGUSON,
Captain; FRANKLIN TOWNSHIP POLICE DEPARTMENT;
STEPHANIE CAREY, Health Officer; FRANKLIN
TOWNSHIP DEPARTMENT OF HEALTH; KEN W. DALY,
Township Manager; FRANKLIN TOWNSHIP

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 03-cv-04880)
District Judge: Honorable Mary Little Cooper

Submitted Under Third Circuit LAR 34.1(a)
April 20, 2007

Before: McKEE and AMBRO, <u>Circuit Judges</u>,
and MICHEL,[*] <u>Chief Judge</u>

(Opinion filed April 27, 2007)

**<u>ORDER AMENDING OPINION</u>**

---

[*] Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the Federal Circuit, sitting by designation.

AMBRO, *Circuit Judge*

It is now ordered that the not precedential Opinion in the above case filed April 27, 2007, be amended as follows:

On page 6, footnote 4, replace "A.F." with "A.G." and replace "343" with "476" so that the citation reads *"But see Crispin v. Volkswagenwerk, A.G.*, 476 A.2d 250 (N.J. 1984).".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: May 3, 2007
CRG/cc: Mario Apuzzo, Esq.
      Lori A. Dvorak, Esq.
      Steven C. Mannion, Esq.
      Jeffrey J. Miller, Esq.